Johnnie Robert JENKINS, Appellant,

v.

The STATE of Texas, Appellee.

No. 28469.

Court of Criminal Appeals of Texas.

June 30, 1956.

No attorney of record on appeal for appellant.

Henry Wade, Criminal Dist. Atty., George P. Blackburn, A. D. Bowie, Asst. Criminal Dist. Attys., Dallas, and Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the offense of felony theft; the punishment, two years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.